UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br>        Plaintiff,<br>   v.<br>STU SHERMAN,<br>        Defendant. | Case No. 18-cv-05280-YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, an application for *in forma pauperis* status, and a motion for appointment of counsel. The acts complained of occurred at the California Substance Abuse Treatment Facility and State Prison in Corcoran, which is located in the Eastern District of California, and it appears that Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: September 25, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge