UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>    Defendant. | No. 1:18-cv-01350-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND REQUIRING PLAINTIFF TO PAY THE FILING FEE IN FULL TO PROCEED WITH THIS ACTION<br><br>(Doc. Nos. 3, 9) |

Plaintiff Gregory L. Fletcher is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was refereed to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2019, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. §1915(g) and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (Doc. No. 9.) Those findings and recommendations explained that plaintiff had suffered three or more prior dismissals which counted as strikes and that plaintiff's allegations did not satisfy the imminent danger exception under 28 U.S.C. § 1915(g). (*Id*. at 2-3.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) To date, plaintiff has not filed objections,

1

and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 14, 2019 (Doc. No. 9) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 3) is denied; and
3. Within twenty-one days following service of this order, plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed.

IT IS SO ORDERED.

Dated: **June 5, 2019**

UNITED STATES DISTRICT JUDGE