UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>Defendant. | No. 1:18-cv-01350-DAD-JLT (PC)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

Plaintiff Gregory L. Fletcher is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2019 the court denied plaintiff's motion to proceed *in forma pauperis* and directed plaintiff to pay the required $400.00 filing fee for this action in full within twenty-one (21) days from the service of that order. (Doc. No. 10.) To date, plaintiff has not paid the filing fee, and the time in which to do so has now passed.

Accordingly,

1. This action is dismissed without prejudice to its refiling in the event plaintiff pays the required filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 13, 2019**

UNITED STATES DISTRICT JUDGE

1